# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| **THOMAS SETH MANNING,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 7:20CV00145 |
| | ) | |
| v. | ) | **OPINION** |
| | ) | |
| **GREGORY WINSTON, ET AL.,** | ) | By: James P. Jones |
| | ) | United States District Judge |
| Defendants. | ) | |

*Thomas Seth Manning, Pro Se Plaintiff.*

The plaintiff, a prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983, alleging that jail officials have interfered with his incoming mail and his ability to freely exercise his religious beliefs. Presently before the court is the plaintiff's written request to voluntary dismiss his action without prejudice. The Clerk has not yet attempted service on the defendants. It appearing proper, the plaintiff's request, ECF No. 4, will be construed as a Notice of Voluntary Dismissal, Fed. R. Civ. P. 41(a)(1), permitting the dismissal of his case without prejudice. The court cannot provide the plaintiff with legal advice concerning the circumstances under which he may refile the action.

The plaintiff has inquired about having his submissions to this court returned to him. He is advised, however, that after a party's submissions to the court are scanned into the court's electronic docket, the electronic versions of those

documents become the court's record, and the original submissions are destroyed. Printouts of documents from the court's electronic docket can be purchased for $0.50 per page. Any inquiry by the plaintiff requesting such copies and as to the total cost should be made to the Clerk.

    A separate Order will be entered herewith.

DATED: March 30, 2020

/s/ James P. Jones
United States District Judge